NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TODD JASON DERRY,                    )
                                     )
            Appellant,               )
                                     )
v.                                   )        Case No. 2D20-311
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____  )

Opinion filed September 16, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Gilbert A. Smith, Jr.,
Judge.

Todd Jason Derry, pro se.

PER CURIAM.

          Affirmed.

MORRIS, BLACK, and ROTHSTEIN-YOUAKIM, Concur.